**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK SCOTT and REYNA CUEVAS, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>vs.<br><br>TRANSDEV SERVICES, INC., a Maryland Corporation; TRANSDEV NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:17-CV-03826-VC<br><br>Assigned to: Hon. Vince Chhabria<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS LEAVE TO FILE A THIRD AMENDED COMPLAINT AND VACATING ALL CURRENT DATES AND DEADLINES IN LIGHT OF SETTLEMENT** |

**[PROPOSED] ORDER**

The Court having reviewed the Parties' Joint Notice of Settlement and Stipulation Regarding the Filing of a Third Amended Complaint, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. Plaintiffs shall be permitted to file the Third Amended Complaint attached as Exhibit A to the Parties' stipulation, and shall cause the Third Amended Complaint to be filed within seven days of the date of this Order.
2. Defendants shall have 30 days after the Plaintiffs file the Third Amended Complaint to file their Answer.
3. All current dates and deadlines are VACATED in light of the Parties' settlement.
4. Plaintiffs shall file a Motion for Preliminary Approval of the Class Action Settlement by September 13, 2018.

**IT IS SO ORDERED.**

Dated: August 21, 2018

Hon. Vince Chhabria
United States District Judge