UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SCOTT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSDEV SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03826-VC<br><br>**ORDER REGARDING SETTLEMENT AGREEMENT; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 52 |

By 12:00 p.m. on January 15, 2019, the plaintiffs are directed to file a revised settlement agreement that (1) includes the correct starting date for the class period in #4; and (2) removes the references to non-exempt in #4 and #11. *See* Dkt. No. 52-3. The plaintiffs should also file and submit a Word version of a proposed order that references the revised exhibits and includes the correct starting date for the class period. Finally, class counsel should ensure that they will still be able to meet their deadline for submitting the motions for final approval and attorneys' fees. *See* Dkt. No. 47-11 at 4.

In addition, counsel for the plaintiffs is ordered to show cause why he should not be sanctioned $500 pursuant to the Court's inherent authority for making such a sloppy submission notwithstanding the prior concerns expressed by the Court about counsel's sloppiness. A written response to the order to show cause is due by 12:00 p.m. on January 15, 2019.

**IT IS SO ORDERED.**

Dated: January 14, 2019

_____
VINCE CHHABRIA
United States District Judge