**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK SCOTT, REYNA CUEVAS, and TUAN MINH PHAM, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRANSDEV SERVICES, INC., a Maryland Corporation; TRANSDEV NORTH AMERICA, INC., a Delaware Corporation; and Does 1 through 10,<br><br>　　　　　　Defendants. | Case No.: 3:17-CV-03826-VC<br><br>[*Assigned to Hon. Vince Chhabria*]<br><br>**AMENDED [~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On January 10, 2019, Plaintiff and proposed Class Representative Jim Canales' ("Plaintiff") Motion for Preliminary Approval of Class Action Settlement (the "Motion") came on for hearing in Courtroom 4 of the above-entitled Court before the Honorable Vince Chhabria.  At the hearing on Plaintiff's Motion, the Court requested that the parties make several revisions to the parties' Joint Stipulation of Settlement and proposed Class Notice, which were made and submitted by Plaintiff's counsel on January 11, 2019.  The Court subsequently requested further revisions be made to the parties' Joint Stipulation of Settlement, which were made and submitted by Plaintiff's counsel on January 15, 2019.  The Court has considered Plaintiff's Motion, the revised Joint Stipulation of Settlement ("Settlement Agreement" or "Settlement"), the proposed Fourth Amended Complaint, the revised proposed Class Notice, Exclusion Form, Notice to Non-Class Members, and the submissions of counsel, and hereby finds and orders as follows:

1.      The Court grants Plaintiff leave to file the Fourth Amended Complaint attached as Exhibit 2 to the Declaration of Paul K. Haines filed in support of Plaintiff's Motion (Dkt. No. 47-4), and orders Plaintiff to file the Fourth Amended Complaint within seven days of the date of this Order.

2.      The Court has conducted a rigorous inquiry into the terms of the proposed Settlement and finds that the class action settlement memorialized in the Settlement Agreement, is "fair, reasonable, and adequate," based on all of the evidence submitted by the parties.  The Court finds that the parties have submitted sufficient evidence to allow the Court to carefully evaluate the strength of the claims, the risks of litigating those claims all the way through trial, and the value of the relief each class member will receive from the Settlement, and finds that preliminary approval is warranted.

3.     The Court conditionally certifies, for settlement purposes only, the following class (the "Settlement Class"):

> All persons employed by Defendants Transdev Services, Inc. and Transdev North America, Inc. as a Bus Operator or Driver at Defendants' Anaheim location from November 26, 2016 until the date of Preliminary Approval.

The Court finds that, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) which the Court need not address for purposes of settlement.

4.     The Court appoints, for settlement purposes only, Jim Canales as the Class Representative.

5.     The Court appoints, for settlement purposes only, Paul K. Haines, Fletcher W. Schmidt, Andrew J. Rowbotham, and Matthew K. Moen of the Haines Law Group, APC, and William Turley, David Mara, Jamie Serb, and Tony Roberts of the Turley & Mara Law Firm, APLC as Class Counsel for settlement purposes.

6.     The Court appoints CPT Group, Inc. as Claims Administrator.

7.     The Court approves, as to form and content, the revised Notice of Class Action Settlement and Exclusion Form attached to the Settlement Agreement as Exhibits A and B, respectively.  The Claims Administrator is ordered to mail those documents to the Class Members as provided in the Settlement Agreement.

8.     The Court further approves, as to form and content, the Notice to Non-Class Members attached as Exhibit 3 to the Declaration of Paul K. Haines filed in support of Plaintiff's Motion (Dkt. No. 47-5), and orders the Claims Administrator to mail this document to all individuals who received the *Belaire-West* notice that was mailed on May 11, 2018, but who do not appear on the list of Settlement Class Members pursuant to the Settlement Agreement.

9. Each Class Member who wishes to be excluded from the Class will have sixty (60) days from the date the Class Notice is mailed to opt-out of the Class.

10. Each Settlement Class Member who does not opt-out will have the right to object to the Settlement by submitting a written objection to the Court by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Ave., San Francisco, CA 94102, or by filing them in person at any location of the United States District Court for the Northern District of California prior to the Final Approval Hearing, or by appearing at the Final Approval Hearing. Objections must be made prior to (or during) the Final Approval Hearing.

11. The Court will conduct a Final Approval Hearing on May 9, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, to determine the overall fairness of the settlement and to fix the amount of reasonable attorneys' fees and costs to Class Counsel and incentive payment to the Class Representative. The Final Approval Hearing may be continued without further notice to Class Members. Class Counsel shall file their motion for final approval and motion for attorneys' fees on or before April 4, 2019.[1]

IT IS SO ORDERED.

Dated: __January 16__, 2019        _____
                                   The Honorable Vince Chhabria
                                   United States District Judge

---

[1] Pursuant to the terms of the Settlement, objections may be submitted at any point prior to the Final Approval Hearing, or may be made in person at the Final Approval Hearing. Therefore, the proposed deadline for Class Counsel to file their motion for final approval and motion for attorney's fees is more than 14 days prior to the deadline for Class Members to submit objections.

4
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT