William Turley, Esq. (122408)
David Mara, Esq. (230498)
Jamie Serb, Esq. (289601)
Tony Roberts, Esq. (315595)
**THE TURLEY & MARA LAW FIRM, APLC**
7428 Trade Street
San Diego, California 92121
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
Matthew K. Moen (SBN 305956)
mmoen@haineslawgroup.com
222 N. Sepulveda Blvd., Ste. 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SCOTT, REYNA CUEVAS, and TUAN MINH PHAM, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSDEV SERVICES, INC., a Maryland Corporation; TRANSDEV NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:17-CV-03826-VC<br><br>Assigned to: Hon. Vince Chhabria<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO AMEND SETTLEMENT AGREEMENT WITH RESPECT TO UNCASHED FUNDS** |

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation to Amend Settlement Agreement with Respect to Uncashed Funds, and for good cause appearing thereto, the Court hereby makes the following Order:

1. The Settlement Agreement is amended to provide that any funds from individual claim amounts remaining uncashed after the 180-day check-cashing deadline shall be distributed to the Controller of the State of California to be held pursuant to the Unclaimed Property Law, California Civil Code § 1500 *et seq.*, for the benefit of those class members who did not cash their checks until such time that they claim their property.

2. The portion of the Notice of Class Action Settlement which currently reads, "If you do not cash your settlement check within 180 days, it will escheat to (and be held for you) by the California Department of Industrial Relations—Unclaimed Wage Fund in your name." (found in Section 6, titled "The Proposed Settlement") shall be revised to state, "If you do not cash your settlement check within 180 days, it will escheat to (and be held for you) by the Controller of the State of California pursuant to the Unclaimed Property Law, California Civil Code § 1500 *et seq.* in your name."

IT IS SO ORDERED.

Dated: February 24, 2019



The Honorable
United

2

[PROPOSED] ORDER GRANTING STIPULATION TO AMEND SETTLEMENT AGREEMENT WITH RESPECT TO UNCASHED FUNDS