David Mara, Esq. (SBN 230498)
Jamie Serb, Esq. (SBN 289601)
Tony Roberts, Esq. (SBN 315595)
**MARA LAW FIRM, APLC**
2650 Camino Del Rio N., Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
Matthew K. Moen (SBN 305956)
mmoen@haineslawgroup.com
222 N. Sepulveda Blvd., Ste. 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SCOTT, REYNA CUEVAS, and TUAN MINH PHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSDEV SERVICES, INC., a Maryland Corporation; TRANSDEV NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:17-CV-03826-VC<br><br>[*Assigned to Hon. Vince Chhabria*]<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:   May 9, 2019<br>TIME:   10:00 a.m.<br>CTRM:   4 |

NOTICE IS HEREBY GIVEN that on Thursday, May 9, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, at the Courthouse located at 450 Golden Gate Avenue, Courtroom 4, 17th Floor, San Francisco, California 94102, Honorable Judge Vince Chhabria presiding, Plaintiff and Class Representative Jim Canales ("Plaintiff") will, and hereby does, move this Court for

for entry of an Order pursuant to Fed. R. Civ. Proc. 23(e) and 29 U.S.C. § 216(b):

1. Finally certifying the Settlement Class for settlement purposes under Rule 23(e) of the Federal Rules of Civil Procedure;

2. Appointing Jim Canales as Class Representative for settlement purposes;

3. Appointing Paul K. Haines, Fletcher W. Schmidt, Andrew J. Rowbotham, and Matthew K. Moen of the Haines Law Group, APC, and William Turley, David Mara, Jamie Serb, and Tony Roberts of the Mara Law Firm, APLC as Class Counsel for settlement purposes;

4. Granting final approval to the class action settlement based upon the terms set forth in the Joint Stipulation of Settlement (DE No. 54-2) as fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure; and

5. Entering final judgment in the form of the proposed Final Approval Order filed herewith.

///
///
///

This Motion is based upon the attached supporting Memorandum of Points and Authorities, the supporting declarations of Fletcher W. Schmidt, David Mara, Alan Garrido of CPT Group, Inc., and Jim Canales, all exhibits attached thereto, and the pleadings, records, and files in this action.

Dated: April 4, 2019

Respectfully submitted,
HAINES LAW GROUP, APC

By:   */s/Fletcher W. Schmidt*
Fletcher W. Schmidt
Attorneys for Plaintiff, the Settlement Class, and Aggrieved Employees